Joe G. MARTINEZ, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 18126.

United States Court of Appeals
Fifth Circuit.

May 10, 1960.

Fred A. Semaan, San Antonio, Tex.,
for appellant.

K. Key Hoffman, Asst. U. S. Atty.,
San Antonio, Tex., for appellee.

Before TUTTLE, CAMERON and
JONES, Circuit Judges.

PER CURIAM.

We have carefully considered the contentions of this appellant in this appeal from conviction in a nine-count narcotics case. We find them all without merit.

The judgment is affirmed.

Joseph J. HEINTZ, Jr., and Pauline
Heintz, Appellants

v.

VILLAGE REALTY, INC., a Pennsylvania corporation; Gallagher and McManus, Inc., a Pennsylvania corporation; and Centralia Mining Company, a Pennsylvania corporation.

No. 13093.

United States Court of Appeals
Third Circuit

Argued April 5, 1960.

Decided May 3, 1960.

William E. Taylor, Jr., Wilmington,
Del., for appellants.

Arthur J. Sullivan, E. Dickinson Griffenberg, Wilmington, Del. (Killoran &
Van Brunt, Wilmington, Del., Morris,

James, Hitchens & Williams, Wilmington, Del. on the brief), for appellees.

Before McLAUGHLIN, STALEY and
FORMAN, Circuit Judges.

PER CURIAM.

In this diversity action plaintiffs sought preliminary and permanent injunctions against defendants constructing a shopping center in Swanwyck, Delaware on the ground that the construction violated certain applicable building restrictions. After the court's refusal to allow a temporary restraint of the construction, both sides moved for summary judgment. In granting the defense motion and denying that of plaintiffs, Chief Judge Wright held that the restrictions urged by appellants were not binding on the land involved. His opinion fully covers the issue and does, we think, soundly and fairly decide it.

The judgment of the district court will be affirmed. 177 F.Supp. 491.